IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DANIEL MacARTHUR WILSON, | ) |
| AIS #00260779, | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:19-00957-KD-N |
| | ) |
| JOHN CROW, *Warden*, | ) |
| *Easterling Correctional Facility*, | ) |
|     Respondent. | ) |

**ORDER**

After due and proper consideration of the issues raised and a *de novo* determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge (Doc. 24) made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated September 3, 2020, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Daniel MacArthur Wilson's requests for entry of default and a default judgment are **DENIED**, that Wilson's petition for a writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1) is **DISMISSED without prejudice** for failure to exhaust state court remedies, and that Wilson is not entitled to a Certificate of Appealability pursuant to this final adverse order. The Court also certifies that any appeal by Wilson of the dismissal of the present habeas petition would be without merit and therefore not taken in good faith. Thus, Wilson is not entitled to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this the **24th** day of **September 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**