IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL MacARTHUR WILSON,** ) | |
| **AIS #00260779,** ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 1:19-00957-KD-N** |
| ) | |
| **JOHN CROW,** *Warden,* ) | |
| ***Easterling Correctional Facility,*** ) | |
|    Respondent. ) | |

**JUDGMENT**

In accordance with the Order entered on this date, it is hereby **ADJUDGED, ORDERED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Daniel MacArthur Wilson, such that this action under 28 U.S.C. § 2254 is **DISMISSED without prejudice**, and such that Wilson is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **24th** day of **September 2020.**

                                /s/ Kristi K. DuBose
                                **KRISTI K. DuBOSE**
                                **CHIEF UNITED STATES DISTRICT JUDGE**